

FILED
AUG 3 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COURTNEY RAE JORDAN,<br><br>Defendant. | Case No. **22 CR 255 GKF**<br><br>**INDICTMENT**<br>[COUNT ONE: 18 U.S.C. §§ 1151, 1152, and 13; and 21 O.S. § 540A(a) and (b) – Eluding Police Officers in Indian Country;<br>COUNT TWO: 18 U.S.C. §§ 1151 and 1152; 47 O.S. § 10-102 – Failure to Stop at An Accident Resulting in Injury in Indian Country;<br>COUNT THREE: 18 U.S.C. §§ 1151, 1152, and 661 – Theft in Indian Country (Misdemeanor)] |

**THE GRAND JURY CHARGES:**

## COUNT ONE

On or about July 12, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **COURTNEY RAE JORDAN**, an Indian driver of a motor vehicle, received a red light and siren from a peace officer, showing the officer's vehicle to be an official vehicle and directing the driver to bring her vehicle to a stop, and willfully attempted to elude the officer in any manner, and while attempting to elude the officer, the defendant endangered another person.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 13; Title 21, Oklahoma Statutes, Sections 540A(a) and (b).

## COUNT TWO

On or about July 12, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **COURTNEY RAE JORDAN**, an Indian driver of a motor vehicle, was involved in an accident that resulted in injury of a person and willfully and maliciously failed to immediately stop her vehicle at the scene of the accident and remain there until she had given her correct name, address, and the registration number of the vehicle she was driving; failed to show her operator's license and security verification form to the driver and occupant of and person attending the vehicle she collided with; and failed to render reasonable assistance to any person injured in the accident.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 13; Title 47, Oklahoma Statutes, Section 10-102.

## COUNT THREE

On or about July 12, 2022, within Indian Country in the Northern District of Oklahoma, the defendant, **COURTNEY RAE JORDAN**, an Indian, took and carried away, with intent to steal and purloin, personal property of B.F., a non-Indian, by stealing a vehicle component, and the property taken is of value of less than $1,000.

All in violation of Title 18, United States Code, Sections 1151, 1152, and 661.

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

_____
ADAM C. BAILEY
Assistant United States Attorney

_/s/ Grand Jury Foreperson_
Grand Jury Foreperson